# RESCRIPTS WITHOUT OPINIONS.

Pursuant to the requirements of G. L. c. 211, § 9, the Reporter publishes the following:

ADRIAN CORPORATION & others *vs.* SUPERIOR COURT. February 27, 1958. Petition dismissed. This is a petition for a writ of mandamus. A single justice refused to issue an order of notice, giving his reasons, and the petitioners appealed. There was no error.

*Angus M. MacNeil*, for the petitioner, submitted a brief.

No argument nor brief for the respondent.

CONCORD CORPORATION *vs.* SUPERIOR COURT. February 27, 1958. Interlocutory decree sustaining demurrer affirmed. Orders denying motions to amend affirmed. Final decree affirmed. This is a bill in equity to which a single justice sustained a demurrer for want of equity. A motion to amend the bill in equity was denied, and a second motion to amend into a petition for writ of mandamus was denied. A final decree was entered dismissing the bill. The plaintiff appealed from all these rulings. There was no error. The bill was an attempt to appeal in an improper manner from rulings in the Superior Court in a case there pending. It was also an effort to attack the rescript of this court in *State Realty Co. of Boston, Inc.* v. *MacNeil Bros. Co.* 334 Mass. 294. The denial of the motions to amend was discretionary, and an examination of the proposed amendments demonstrates that they could not rightly have been allowed.

*Angus M. MacNeil*, for the plaintiff.

*George Fingold*, Attorney General, & *Edward F. Mahony*, Assistant Attorney General, for the defendant, submitted a brief.

HANDY CAFE, INC. *vs.* FREDERICK R. SULLIVAN. February 27, 1958. The defendant's motion to dismiss is allowed. This is an action of tort in the Superior Court against the sheriff of Suffolk County for false return. Orders were entered declining to hear motions for hearings and for assignment for trial. The plaintiff appealed. The appeals will not lie. There is no "order decisive of the case founded upon matter of law apparent on the record," or any other ground for which an appeal is authorized by G. L. (Ter. Ed.) c. 231, § 96.

*Angus M. MacNeil*, for the plaintiff.

*Samuel Leader*, for the defendant.

ANGUS M. MACNEIL *vs.* SUPERIOR COURT. February 27, 1958. Petition dismissed. This is a petition for a writ of mandamus. A single justice refused to issue an order of notice, giving a statement of his reasons, and the petitioner appealed. There was no error.

*Angus M. MacNeil, pro se.*

*Edward F. Mahony*, Assistant Attorney General, was not called on.